1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11  AMERICAN MODERN HOME INSURANCE  )  Civil No. 06cv1157 JAH(RBB)
    COMPANY, INC., an Ohio          )
12  corporation, dba AMERICAN       )  ORDER GRANTING IN PART AND
    MODERN INSURANCE COMPANY,       )  DENYING IN PART DEFENDANTS' EX
13                                  )  PARTE APPLICATION TO PERMIT
                     Plaintiff,     )  PREVIOUSLY NOTICED PERCIPIENT
14                                  )  WITNESS DEPOSITIONS [DOC. NO.
    v.                              )  84]
15                                  )
    ROBERT E. GALLAGHER, JR.; WHITE )
16  & OLIVER, a California          )
    professional corporation,       )
17                                  )
                     Defendants.    )
18  _____)

19       On July 23, 2007, Defendants filed their Ex Parte Application

20  to Permit Previously Noticed Percipient Witness Depositions,

21  accompanied by the Declaration of Charles R. Grebing [doc. no. 84].

22  The Defendants seek to extend the discovery cutoff date from July

23  27, 2007, through August 1, 2007, to depose the following eight

24  individuals:  (1) Marcie Anderson, (2) Nancy Gill, (3) Beth Howard,

25  (4) Scott Wedemeyer, (5) Marc Lytle, (6) Melissa Kellerman, (7) Kim

26  Tiemeir, and (8) Deanna Smith.  (Ex Parte App. Decl. of Charles R.

27  Grebing, Ex. 1, at 1-2.)  Plaintiff American Modern Home Insurance

28  Company, Inc. ("AMIC") filed its Opposition and the Declaration of

1  David W. Evans on July 25, 2007 [doc. no. 88], and Defendants

2  thereafter filed a Reply [doc. no. 89].

3       The scheduling order issued by this Court, which set the

4  discovery cutoff date, may be modified upon a showing of good

5  cause.  Fed. R. Civ. P. 16(b); <u>Johnson v. Mammoth Recreations,</u>

6  <u>Inc.</u>, 975 F.2d 604, 608 (9th Cir. 1992).  After reviewing the

7  memoranda and declarations submitted by the parties, the Court

8  concludes that the Defendants have not shown good cause for

9  extending the discovery cutoff date to the extent requested.

10 Nevertheless, good cause for some modification of the schedule has

11 been established.

12      The depositions of Marcie Anderson, Marc Lytle, and Beth

13 Howard may be taken no later than August 17, 2007, consistent with

14 limitations imposed by the Federal Rules of Civil Procedure and any

15 prior orders of this Court.  Ms. Gill may be deposed on or before

16 August 31, 2007, under the same conditions.  Scott Wedemeyer and

17 Melissa Kellerman may each be deposed for ninety minutes by counsel

18 for Defendants.  The depositions also may be taken no later than

19 August 17, 2007.  Good cause has not been shown for extending the

20 discovery cut-off date for the purpose of deposing either Kim

21 Tiemeyer or Deanna Smith.  No other deadlines or dates previously

22 set by this Court are affected by this order.

23

24 DATED:  July 30, 2007

Ruben B. Brooks, Magistrate Judge

25 United States District Court

26 cc:
Judge Houston

27 All Parties of Record

28