|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| AMERICAN MODERN HOME INSURANCE COMPANY, INC., an Ohio corporation, dba American Modern Insurance Company,<br><br>Plaintiff,<br>vs.<br><br>ROBERT E. GALLAGHER, JR. and WHITE & OLIVER, a California professional corporation,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 06-CV-1157-JAH (RBB)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE BASED ON PLAINTIFF'S MOTION TO ENTER DISMISSAL AND ON STIPULATION OF THE PARTIES**<br><br>Judge: Hon. John A. Houston<br><br>Complaint Filed: May 31, 2006 |
|---|---|---|

It appearing that the parties hereto have resolved all of their differences and have agreed that this action should be dismissed (see "Stipulation re Dismissal of Action With Prejudice," Docket No. 108), and having reviewed Plaintiff's Motion to Enter Dismissal, Docket No. 107, both of which were filed April 11, 2008, the Court hereby finds that good cause exists to do so.

Based on and in consideration of Plaintiff's Motion and on the Stipulation of the parties hereto [Docket Nos. 107 and 108, respectively], in accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure, and good cause appearing therefor, the Court hereby makes the following Orders:

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

AM99-0000085
3375425.1

1

Case No. 06-CV-1157-JAH (RBB)
ORDER DISMISSING ACTION

1.    Plaintiff's Motion is hereby GRANTED.

2.    This action is hereby dismissed, in its entirety, with prejudice. The parties are to bear their own costs and attorney's fees. All pending hearing dates and deadlines are vacated, including the Pretrial Conference which had been scheduled to occur on June 2, 2008 at 2:30 p.m. in this Court.

**IT IS SO ORDERED.**

Dated:     April 14, 2008

*/s/ John A. Houston*
JOHN A. HOUSTON
United States District Judge

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
San Francisco

AM99-0000085
3375425.1

2

Case No. 06-CV-1157-JAH (RBB)
ORDER DISMISSING ACTION